JAMES G. MURPHY, Appellant, *v.* SUPREME COUNCIL OF THE CATHOLIC MUTUAL BENEFIT ASSOCIATION, Respondent.

Reported below, 51 App. Div. 618.
(Submitted January 7, 1901; decided January 15, 1901.)

MOTION to strike from the calendar an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 3, 1900, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

The motion was made upon the ground that the case appears irregularly upon the calendar, the defendant not having perfected his appeal as required by the Code of Civil Procedure.

*John J. Hynes* for motion.

*Edmund P. Cottle* opposed.

Motion granted, with ten dollars costs.